Louis Peragallo, respondent,

*v.*

Philip Oneto et al., appellants.

[Decided May 17th, 1926.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Griffin, whose opinion is reported in *98 N. J. Eq. 74.*

*Mr. Anthony P. La Porta,* for the respondent.

*Messrs. Stuhr & Vogt,* for the appellants.

Per Curiam.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Griffin.

*For affirmance* — Trenchard, Parker, Minturn, Kalisch, Black, Katzenbach, Campbell, White, Gardner, Van Buskirk, McGlennon, Kays, Hetfield, JJ. 13.

*For reversal*—None.